UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEET METAL WORKERS' LOCAL UNION NO.
80 PENSION TRUST FUND, ET AL.,

      Plaintiff,

v.                                           Case No. 11-13669

AERODYNAMICS INSPECTING COMPANY,

      Defendant.
                                        /

**ORDER OF DISMISSAL**

On November 28, 2011, the parties notified the court's staff that they have reached a mutually agreeable resolution to the above-captioned matter.  Despite multiple calls to counsel, no closing documents have been provided to the court, nor has counsel returned the telephone calls to provide any further explanation. Nonetheless, based on the representation that the case has settled, the court will close the case without prejudice to the right of the parties to timely reopen the case if settlement has not been finalized.  **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.**   Accordingly,

IT IS ORDERED that this matter is DISMISSED without prejudice to the right of either party to reopen the case by **February 28, 2012**, by filing a "Notice of Reopening." After **February 28, 2012**, this dismissal is with prejudice.

                                             s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated:  December 30, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 30, 2011, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522