UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEET METAL WORKERS' LOCAL UNION NO.
80 PENSION TRUST FUND, et al.,

    Plaintiffs,

v.                                        Case No. 11-13669

AERODYNAMICS INSPECTING COMPANY,

    Defendant.
                                           /

**NOTICE OF TELEPHONE CONFERENCE**

      On November 28, 2011, the parties notified the court's staff that they had reached a mutually agreeable resolution to the above-captioned matter.  Therefore, on December 30, 2011, the court issued an order dismissing the case without prejudice but allowing the parties until February 28, 2012, to reopen the case.  On February 28, 2012, Plaintiffs' counsel filed a "Notice of Reopening," stating that settlement documents have not yet been finalized in part due to "scheduling conflicts between counsel."  (2/28/12 Notice at 1.)  Accordingly,

      IT IS ORDERED that counsel participate in a telephone conference on **March 15, 2012, at 12:00 p.m.** in order to determine whether additional time is needed to effectuate settlement, or whether the case should be reopened with appropriate deadlines set.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  March 12, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 12, 2012, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522