UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEET METAL WORKERS' LOCAL UNION NO.
80 PENSION TRUST FUND, et al.,

    Plaintiffs,

v.                                                            Case No. 11-13669

AERODYNAMICS INSPECTING COMPANY,

    Defendant.
                                                  /

**ORDER AMENDING DECEMBER 30, 2011 ORDER OF DISMISSAL**

       On December 30, 2011, the court issued an order dismissing the case without prejudice but allowing the parties until February 28, 2012, to reopen the case. On February 28, 2012, Plaintiffs' counsel filed a "Notice of Reopening," stating that settlement documents have not yet been finalized in part due to "scheduling conflicts between counsel." (2/28/12 Notice at 1.) The court conducted a telephone conference on March 15, 2012, during which counsel stated that with additional time they would be able to finalize the settlement. Accordingly,

       IT IS ORDERED that the court's December 30, 2011 "Order of Dismissal" [Dkt. # 7] is AMENDED to reflect that this matter is DISMISSED without prejudice to the right of either party to reopen the case by filing a "Notice of Reopening" on or before **April 13, 2012**. After **April 13, 2012**, this dismissal is with prejudice.

                                                         s/Robert H. Cleland
                                                         ROBERT H. CLELAND
                                                         UNITED STATES DISTRICT JUDGE

Dated: March 21, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 21, 2012, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522