**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SHEET METAL WORKERS' LOCAL UNION NO.
80 PENSION TRUST FUND, et al.,

    Plaintiffs,

v.                                                                  Case No. 11-13669

AERODYNAMICS INSPECTING COMPANY,

    Defendant.
                                                   /

**SECOND ORDER AMENDING DECEMBER 30, 2011 ORDER OF DISMISSAL
AND SETTING A TELEPHONE CONFERENCE**

On December 30, 2011, the court issued an order dismissing the case without prejudice but allowing the parties until February 28, 2012, to reopen the case. On March 21, 2012, the court amended the dismissal order. Subsequently, Plaintiffs' counsel filed a "Second Notice of Reopening," stating that settlement had still not been finalized. (4/13/12 Notice at 1.) The court conducted a telephone conference on June 4, 2012, during which counsel stated that with additional time they would be able to finalize the settlement. Accordingly,

IT IS ORDERED that the court's December 30, 2011 "Order of Dismissal" [Dkt. # 7] is AMENDED to reflect that this matter is DISMISSED without prejudice to the right of either party to reopen the case by filing a "Notice of Reopening" on or before **July 25, 2012**. After **July 25, 2012**, this dismissal is with prejudice.

IT IS FURTHER ORDERED that the court will conduct a telephone conference on **July 24, 2012, at 10:30 a.m.** The court will place the call. If the parties submit a

stipulated order of dismissal with prejudice prior to July 24, 2012, the court will cancel the telephone conference.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: June 20, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 20, 2012, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522