**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SHEET METAL WORKERS' LOCAL UNION NO.
80 PENSION TRUST FUND, et al.,

       Plaintiffs,

v.                                       Case No. 11-13669

AERODYNAMICS INSPECTING COMPANY,

       Defendant.

_____/

**THIRD ORDER AMENDING DECEMBER 30, 2011 ORDER OF DISMISSAL
AND SETTING A TELEPHONE CONFERENCE**

On December 30, 2011, the court issued an order dismissing the case without prejudice but allowing the parties until February 28, 2012, to reopen the case.  The court has twice amended the dismissal order to allow the parties additional time to finalize the settlement.  On July 24, 2012, the court conducted a telephone conference, during which counsel stated that more time was needed.  Although the court is hesitant to allow this case to proceed indefinitely with successive delays, the court will grant one more extension.  Accordingly,

IT IS ORDERED that the court's December 30, 2011 "Order of Dismissal" [Dkt. # 7] is AMENDED to reflect that this matter is DISMISSED without prejudice to the right of either party to reopen the case by filing a "Notice of Reopening" on or before **August 24, 2012**.  After **August 24, 2012**, this dismissal is with prejudice.

IT IS FURTHER ORDERED that the court will conduct a telephone conference on **August 23, 2012, at 10:00 a.m.**  The court will place the call.  If the parties submit a

stipulated order of dismissal with prejudice prior to August 23, 2012, the court will cancel

the telephone conference.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  August 3, 2012


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 3, 2012, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522